IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB -5  A 8: 34

| | | |
|---|---|---|
| JONATHAN BOOTH, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JFM 02-CV-160 |
| STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON consideration of Defendant's Motion for Extension of time filed in the above captioned action, any opposition thereto, and after due deliberation it is hereby:

ORDERED that Defendant's time to respond to the Complaint filed in the above captioned matter is extended until January 31, 2002.

ORDERED that the Clerk of the Court mail this order to John Stolarz, Attorney for Plaintiff, and Assistant Attorney General Glenn T. Marrow, Attorney for Defendant.

Dated: Feb 5, 2002

J. FREDERICK MOTZ
United States District Court Judge
District of Maryland