IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JONATHAN BOOTH, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JFM 02-CV-160 |
| STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON consideration of Defendants' Motion for Extension of time filed in the above captioned action, any opposition thereto, and after due deliberation it is hereby:

ORDERED that Defendants' time to file their sur-reply to Plaintiff's opposition papers is extended until April 26, 2002.

ORDERED that the Clerk of the Court mail this order to John Stolarz, Attorney for Plaintiff, and Assistant Attorney General Glenn T. Marrow, Attorney for Defendant.

Dated: April 15, 2002

J. FREDERICK MOTZ
United States District Court Judge
District of Maryland

4