IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JONATHAN F. BOOTH | * | |
| v. | * | Civil No. JFM-02-160 |
| STATE OF MARYLAND, et. al | * | |

*****

## ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of June 2002

ORDERED

1. Defendants' motion for summary judgment is granted;

2. Plaintiff's motion for summary judgment is denied; and

3. Judgment is entered in favor of defendants as to all counts.

J. Frederick Motz
United States District Judge