# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 1, 2003

Memo To Counsel Re: Jonathan F. Booth v. State of Maryland, et al.
Civil No. JFM-02-160

Dear Counsel:

As you know, the Fourth Circuit has issued an opinion reversing in part the ruling I made granting defendants' motion for summary judgment.

I realize that the mandate has not yet issued.  However, to prevent any unnecessary delay, a scheduling conference will be held at 8:30 a.m. on May 16, 2003.   Please bring your calendar with you to the conference.  If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge