*Law Offices*

# STOLARZ & BRICKER

*Attorneys*
———
6509 York Road
Baltimore, Maryland  21212
———
**(410) 532-7200**
Toll Free: (888) 276-0738
Fax:  (410) 372-0529

November 11, 2003

Hon. J. Frederick Motz,
U.S. District Court for
 the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE:   Booth v. Maryland Department of Public Safety and Corrections
      File No.:    3866
      Case No:    JFM 02-CV-160

Dear Judge Motz:

I would like to apologize for failing to file a status letter by the due date.

Discovery has not been completed because Defendants, and their counsel have not been available, and all of the requested documents have not been provided by Defendants at this time.

The parties have, however, been negotiating to finalize this as well as the companion Title VII case, involving the same issues, currently pending in the Circuit Court for Baltimore City.

The parties are close to settling both cases pending the ironing out of several issues.

Best regards,

/s/

John B. Stolarz

sh

cc:    Glenn T. Marrow, Esquire

Q:\3866\motz  lt.wpd