UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 12, 2003

Memo To Counsel Re: Jonathan Booth v. State of Maryland
Civil No. JFM-02-160

Dear Counsel:

    This will confirm that you will provide me with a report on or before December 12, 2003 as to whether you have been able to settle this case (and the related state court case).

Very truly yours,

/s/

J. Frederick Motz
United States District Judge