*Law Offices of*
# JOHN B. STOLARZ
*Attorney at Law*
———
6509 York Road
Baltimore, Maryland  21212
**(410) 532-7200**
Toll Free: (888) 276-0738
Fax:  (410) 372-0529

December 12, 2003

Hon. J. Frederick Motz,
U.S. District Court for
 the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE:    Booth v. Maryland Department of Public Safety and Corrections
       File No.:    3866
       Case No:    JFM 02-CV-160

Dear Judge Motz:

In accordance with your request for a status report, this will advise you that the parties have just settled this case.   The paperwork is in the process of being prepared and it is expected that it will be finalized within the next two weeks.


Best regards,

/s/

John B. Stolarz

sh

cc:    Glenn T. Marrow, Esquire

Q:\3866\motz  lt2 settlement.wpd