*Law Offices of*

# JOHN B. STOLARZ
*Attorney at Law*
———

6509 York Road
Baltimore, Maryland  21212
**(410) 532-7200**
Toll Free: (888) 276-0738
Fax:  (410) 372-0529

February 10, 2004

Hon. J. Frederick Motz,
U.S. District Court for
 the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE:    Booth v. Maryland Department of Public Safety and Corrections
           File No.:     3866
           Case No:    JFM 02-CV-160

Dear Judge Motz:

This will respond to the Court's status request.  The paperwork to complete the settlement has not been completed by the State of Maryland.  Please allow an additional thirty (30) days to complete.


Best regards,

/s/

John B. Stolarz

sh

cc:    Glenn T. Marrow, Esquire

Q:\3866\motz  lt3 settlement status.wpd