*Law Offices of*

# JOHN B. STOLARZ
*Attorney at Law*
―――――

6509 York Road
Baltimore, Maryland 21212
**(410) 532-7200**
Toll Free: (888) 276-0738
Fax: (410) 372-0529

March 25, 2004

Hon. J. Frederick Motz,
U.S. District Court for
 the District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE:   Booth v. Maryland Department of Public Safety and Corrections
      File No.:   3866
      Case No:    JFM 02-CV-160
      **STATUS LETTER**

Dear Judge Motz:

The settlement has been only partially completed by Defendant State of Maryland. Please allow until May 1, 2004 to complete the settlement.


Best regards,

/s/

John B. Stolarz

sh

cc:   Glenn T. Marrow, Esquire

Q:\3866\motz lt4 settlement status.wpd