IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JONATHAN BOOTH                                          *

                     Plaintiff,            *

vs.
                                              *       Civil Action No.

STATE OF MARYLAND, *et al.*,                            *       JFM-02-160

                     Defendants.        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

IN THE CIRCUIT COURT
FOR BALTIMORE CITY

JONATHAN BOOTH                                          *

                     Plaintiff,            *

vs.
                                              *       Civil Action No.

STATE OF MARYLAND, *et al.*,                            *       24-C-005259

                     Defendants.        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SETTLEMENT AGREEMENT AND RELEASE

JONATHAN BOOTH, his heirs and assigns, for and in consideration of the terms and conditions that are reflected in the letter annexed as <u>Exhibit A</u> to this agreement, the receipt and sufficiency of which is hereby acknowledged, does

1

hereby remise, release and forever discharge the State of Maryland, and its employees and officials, its heirs, successors and assigns, William Jednorski, his heirs, successors and assigns, LaMont Flanagan, his heirs, successors and assigns, Herbert Aiken, his heirs, successors and assigns, and Michael Joiner, of and from any and all, and all manner of, actions and causes of action, rights, suits, covenants, contracts, agreements, judgments, claims and demands whatsoever in law or equity, including claims for contribution, arising from and by reason of any and all **KNOWN AND UNKNOWN, FORESEEN AND UNFORESEEN** bodily and personal injuries or death, damage to property, and the consequences thereof, which heretofore have been, and which hereafter may be sustained by the undersigned or by any and all other persons, associations and corporations, whether herein named or referred to or not, which arise or may arise from, or based upon, the subject matter of the above-captioned actions.

FURTHER, in consideration of the above payment the UNDERSIGNED ALSO EXPRESSLY DECLARES AND AGREES:

(1) That all claims, past, present, or future, are disputed and, pursuant to Maryland Annotated Code, State Government Article §12-107(c)(2000), by accepting the payment listed above from the State of Maryland, I agree that this a full and final settlement of the claims of this case, and that payment or settlement of this case shall never be treated as evidence of liability, nor as an admission of

liability or responsibility at any time or in any manner whatsoever, by any Defendant;

(2) That this release covers and includes all claims in this case, several or otherwise, past, present, or future, which can or may ever be asserted by any person or persons, as heirs, or otherwise, as the result of injuries or death and/or damages as aforesaid or the effects or consequences thereof,

(3) That this full and final release shall cover and include all and any future injuries, death, and/or damages not now known to any of the parties hereto but which may later develop or be discovered, as a result of the claims in this case, including the effects or consequences thereof and including all causes of action therefor;

(4) That the undersigned will indemnify and hold harmless the said parties released hereby, against loss, including counsel fees, from any and every claim or demand of every kind and character, including claims for contribution, which may be asserted by the undersigned by reason of said occurrence, injuries and/or damages or the effects of consequences thereof.

THE AFOREMENTIONED DECLARATIONS, STIPULATIONS, AND AGREEMENTS SHALL BECOME BINDING UPON DELIVERY OF THE CONSIDERATION HERETOFORE DESCRIBED.

In witness whereof, the hand and seal of the undersigned is set hereunto this 10th day of May, 2004.

**READ CAREFULLY BEFORE SIGNING**

Witness: _Sharon Hardy_

_____ (seal)
JONATHAN BOOTH

_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_
SOCIAL SECURITY NUMBER

**STATE OF MARYLAND, CITY OF BALTIMORE, TO WIT:**

On this 10th day of May, 2004, before me personally appeared _Jonathan F. Booth_ to me personally known, and know to be the person individually described in and who executed the above instrument and who acknowledged to me the act of signing and sealing thereof.

_Sharon Hardy_
Notary Public

My Commission expires: _2/22/05_

4