## Exhibit A

J. Joseph Curran, Jr.
Attorney General

Donna Hill Staton
Deputy Attorney General

Maureen M. Dove
Deputy Attorney General



Stuart M. Nathan
Assistant Attorney General
Principal Counsel

Alan D. Eason
Assistant Attorney General
Deputy Counsel

Susan Howe Baron
Michael O. Doyle
Steven G. Hildenbrand
Holly Knepper
Glenn T. Marrow
Michele J. McDonald
Scott S. Oakley
Karl Pothier
Assistant Attorneys General

Judith A. Barr
Staff Attorney

**State of Maryland**
**OFFICE OF THE ATTORNEY GENERAL**
Department of Public Safety and Correctional Services
Plaza Office Center
6776 Reisterstown Road
Suite 313
Baltimore, Maryland 21215-2341
Telephone: (410) 585-3070
TTY for Deaf: 1-800-735-2258
Fax: (410) 764-5366

Direct Dial: (410) 585-3413

December 12, 2003

Mr. John Stolarz, Esq.
Stolarz & Bricker
6509 York Road
Baltimore, Maryland 21212

Re:    *Booth v. State of Maryland*, JFM-02-160 (D.Md).
       *Booth v. State of Maryland*, 24-C-005259 (Cir. Ct. Balt. City).

Dear Mr. Stolarz,

This letter memorializes our agreement to settle the above referenced matters on the terms listed below:

·    Mr. Booth will be promoted from Correctional Officer II to Correctional Officer III, effective September 1, 2003. Mr. Booth will be transferred from the Division of Pretrial Detention and Services ("DPDS") to the Division of Correction ("DOC"), preferably to a facility within the Baltimore region.

·    Mr. Booth will receive a religious accommodation to dress code policy of the Department of Public Safety and Correctional Services ("the Department). The Department agrees that it will not retaliate against Mr. Booth for filing the above referenced lawsuits in any fashion.

·    This agreement does not prevent, in any way, the Department from otherwise disciplining Mr. Booth if he engages in misconduct under Department's Standards of Conduct or under the Code of Maryland

Regulations governing misconduct of state personnel. This agreement also does not preclude the DOC from assigning Mr. Booth to any shift or any appropriate post within its correctional facilities.

· The Department will pay $10,000 in attorney's fees.

I will begin the process of drawing up the settlement papers. As soon as I hear of the details of Mr. Booth's move to the DOC, I will let you know.

Very truly yours,

Glenn T. Marrow
Assistant Attorney General

cc:     Ben Brown, Asst. Commissioner

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JONATHAN BOOTH         *

           Plaintiff,       *

   vs.

                         *       Civil Action No.

STATE OF MARYLAND, *et al.*,       *       JFM-02-160

          Defendants.      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jonathan Booth, by his undersigned attorneys, hereby dismisses the above captioned matter with prejudice, pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

John Stolarz
Federal Identification No: 1929

Law Offices of John Stolarz
6509 York Road
Baltimore, Maryland 21212

Attorneys for Plaintiff
Jonathan Booth

1

## IN THE CIRCUIT COURT
## FOR BALTIMORE CITY

JONATHAN BOOTH                          *

                          Plaintiff,    *

    vs.                                 *       Civil Action No.

STATE OF MARYLAND, *et al.*,            *       24-C-005259

                          Defendants.   *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jonathan Booth, by his undersigned attorneys, hereby dismisses the above

captioned matter with prejudice, pursuant to, pursuant to Maryland Rule 2-506(a).


Respectfully submitted,


John Stolarz

Law Offices of John Stolarz
6509 York Road
Baltimore, Maryland 21212

Attorneys for Plaintiff
Jonathan Booth

2